IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

ERNEST LEE GODOY,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Civil Action No.: 5:17-cv-608-MRW
Magistrate Judge Michael R. Wilner

**ORDER AWARDING EQUAL ACCESS TO JUSTICE
ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of **$5,273.97**, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: May 29, 2018

_____
Magistrate Judge Michael R. Wilner